IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                             No. 1:12-cr-10001

CHRISTOPHER MILES                                                                             DEFENDANT

## ORDER OF DETENTION

The record reflects that on March 23, 2017, the Defendant appeared for initial appearance on Petition to Revoke his Supervised Release. ECF No. 61. The Government moved for detention pending final hearing and Defendant requested a detention hearing. A hearing was held to determine whether the Defendant should be detained or released pending a final revocation hearing.

**A. Detention Hearing**

The Government called United States Probation Officer David Baker as a witness. USPO Baker testified regarding the contents of the Pretrial Services report. Additionally, he detailed Defendant's failure to follow the USPO's directions regarding contact with a third party. Evidence was introduced the Defendant was subject to protective order issued by the circuit Court of Union County, Arkansas, directing him to have no contact with his former girlfriend. Further, evidence was admitted that following the entry of that order and following USPO's direction to cease all contact with the former girlfriend, Defendant traveled to her house and was ultimately arrested on a domestic violence charge in state court.

USPO Baker also testified regarding Defendant's failure to comply with conditions of travel restrictions and failure to report contact with law enforcement officers. USPO Baker recommended

detention pending final hearing.

Defendant, through retained counsel, James Bennett, proffered evidence regarding his living arrangments if released.  He indicated he would be able to live with his mother in Union County.  Defendant also offered to subject himself to GPS monitoring if released.  Defendant called, Steve Craig as a witness. Mr. Craig testified Defendant was a good employee of his company and would be welcomed back to work if he were released.

The Court took notice of the allegations in the Petition as well as the Pretrial Services Report and its recommendation.

### B.  Findings of Fact pursuant to 18 U.S.C. § 3142(g)

1. **Nature and circumstances of the offense charged**: Defendant alleged to have committed a new state law crime, domestic violence.  Such a crime of violence allegations weighs in favor of detention.

2. **Weight of the evidence against the person charged:** Based on the testimony of USPO Baker,  the weight of the evidence indicates Defendant has failed to comply with his conditions of release.  This factor weighs in favor of detention.

3. **History and characteristics of the person charged:** Defendant is a long time resident of Arkansas.   He has a family in the area and is game fully employed.  This factor weighs in favor of release.

4. **Nature and seriousness of the danger to any other person**: One of the allegations against Defendant is an act of violence against an identified victim.  Defendant has shown he will not follow the conditions set by the Court as well as the State Courts of Arkansas if released.  I find

it unlikely Defendant would abide by any additional term of release imposed on him.  There is a serious danger to a specific person were Defendant released.  This factor weighs heavily in favor of detention.

### C. Conclusions

1.   I find by clear and convincing evidence that Defendant constitutes a danger to other persons and the community.   This finding is based on the nature of the allegations, a crime of violence, and the likelihood Defendant committed those crimes.  Further, I find it unlikely the defendant would abide by any condition or set of conditions which could reasonably assure the safety of other persons or the community.

3.  I find, based on his long ties to the community the Defendant is not a risk of flight.

Accordingly, the Defendant is remanded to the United States Marshal Service pending final hearing.

**SO ORDERED** this **24th day of March 2017.**

                                            /s/ Barry A. Bryant
                                           HONORABLE BARRY A. BRYANT
                                           UNITED STATES MAGISTRATE JUDGE